UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ARIEL VALDEZ-BATISTA,

                    Petitioner,

         v.

IMMIGRATION AND CUSTOMS
ENFORCEMENT FIELD OFFICE
DIRECTOR, *et al.*,

                    Respondents.

CASE NO. 2:25-cv-02510-JNW-GJL

**ORDER ADOPTING REPORT
AND RECOMMENDATION**

Having reviewed the Report and Recommendation ("R&R") of the Honorable Grady J. Leupold, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the R&R.

(2)    Petitioner's federal habeas Petition (Dkt. 5) is GRANTED.

(3)    Respondents are ORDERED to immediately release Petitioner Valdez-Batista from custody under the conditions of his most recent Order of Supervision and not to re-detain him without compliance with 8 C.F.R. § 241.13(i) and 8 U.S.C. § 1231.

(4)    If Respondents take steps to remove Petitioner Valdez-Batista to a country other than Cuba, they are ORDERED to provide Petitioner with written notice of their intent to do so

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

and a meaningful opportunity to respond in reopened removal proceedings before an immigration judge under 8 U.S.C. § 1231(b)(3).

(5)    Within FORTY-EIGHT (48) hours of this Order, Respondents SHALL PROVIDE the Court with a declaration confirming that Petitioner Valdez-Batista has been released from custody.

(6)    The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondents, and to the Hon. Grady J. Leupold.

DATED this 17th day of February, 2026.

Jamal N. Whitehead
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2